HAEJI HONG, ATTORNEY #198503
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

PDT INC.,

        Debtor-in-Possession.

Case No.: 24-02171-CL11

STIPULATION TO THE ENTRY OF ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL

Date:
Time:
Dept.:	One (1)
Judge:	Christopher B. Latham

    This Stipulation ("Stipulation") is entered into by Tiffany L. Carroll, the Acting United States Trustee of Region 15 (the "United States Trustee") and PDT Inc., the Debtor-in-Possession ("Debtor").

    A.    The Debtor filed its voluntary petition to commence this case as a Subchapter V of Chapter 11 case on June 13, 2024.

    B.    On June 16, 2024, the Debtor filed its First Day Motion for Interim Order Approving Use of Cash Collateral ("Cash Collateral Motion").

    C.    The United States Trustee informed the Debtor that the budget attached to the Cash Collateral Motion did not include line item for necessary administrative expense item – Subchapter V Trustee's fees and expenses.

    D.    The Debtor agreed that the budget should include a line item for Subchapter V Trustee's fees as post-petition administrative expenses, that should be paid pro rata with other administrative expense claimants.

    E.    The Debtor forwarded an amended six-month budget that includes a line item for Subchapter V Trustee's fees and expenses.

- 1 -

F. The parties desire to resolve the issues related to the Cash Collateral Motion and have entered into this Stipulation.

NOW, therefore, the parties agree as follows:

1. The parties agree that the amended six-month budget, attached hereto as **Exhibit A**, resolves issues related to the Cash Collateral Motion.

2. The Debtor shall reference and attach the amended six-month budget attached hereto as **Exhibit A** for any interim and final orders authorizing the Debtor's use of cash collateral in this case.

IT IS SO STIPULATED.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: June 20, 2024    By: /s/ Haeji Hong
                            Haeji Hong
                            Attorney for the Acting United States Trustee

DIMARCO WARSHAW, APLC

Dated: June 20, 2024    By: _____
                            Andy C. Warshaw,
                            Proposed Attorneys for PDT, Inc.

## Exhibit A

Case Name: ___PDT INC_____      Case Number: _____24-02171-CL_____

CHAPTER 11 DEBTOR PROJECTIONS

**PROJECTIONS**

| | JUNE | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER |
|---|---|---|---|---|---|---|
| BEGINNING CASH | 17,312.87 | 9,546 | 10,990 | 11,747 | 11,088 | 9,277 |
| **INCOME:** | | | | | | |
| CASH SALES | $17,200.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,200.00 | $17,200.00 |
| ACCTS REC COLLECTION | $135,000.00 | $148,000.00 | $150,500.00 | $146,000.00 | $137,000.00 | $129,000.00 |
| OTHER | | | | | | |
| OTHER | | | | | | |
| *TOTAL CASH INCOME* | *$152,200.00* | *$165,500.00* | *$168,000.00* | *$163,500.00* | *$154,200.00* | *$146,200.00* |
| **EXPENSES:** | | | | | | |
| RENT | $12,935 | $12,935 | $12,935 | $12,935 | $12,935 | $12,935 |
| EMPLOYEE SALARIES | $46,200 | $47,200 | $55,000 | $49,200 | $48,700 | $46,000 |
| EMPLOYEE BENEFITS | $6,247 | $6,247 | $6,247 | $6,247 | $6,247 | $6,247 |
| SALES TAXES | $5,550 | $5,938 | $6,290 | $6,068 | $5,735 | $5,365 |
| BANK NOTES PAYABLE | | | | | | |
| VEHICLE LEASE | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| VEHICLE EXPENSES -FUEL | $9,838 | $9,600 | $8,800 | $9,200 | $8,800 | $7,800 |
| MAINTENANCE | $300 | $300 | $300 | $300 | $300 | $300 |
| INSURANCE | $1,656 | $1,656 | $1,656 | $1,656 | $1,656 | $1,656 |
| INVENTORY/RAW MATERIALS | $64,013 | $65,453 | $67,243 | $66,583 | $60,668 | $55,075 |
| SUPPLIES/PACKAGING | $6,757 | $6,757 | $500 | $4,000 | $3,000 | $500 |
| UTILITIES | $1,805 | $1,805 | $1,805 | $1,805 | $1,805 | $1,805 |
| OTHER/ADVERTSING | $199 | $199 | $199 | $199 | $199 | $199 |
| OTHER/QUICKBOOKS | $861 | $861 | $861 | $861 | $861 | $861 |
| OTHER/PAYROLL PROCESSING FEE | $605 | $605 | $908 | $605 | $605 | $605 |
| ADMINISTRATIVE SUB V FEES & EXPENSES | | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 |
| *TOTAL EXPENSES* | *$159,966* | *$164,056* | *$167,243* | *$164,159* | *$156,011* | *$143,848* |
| ENDING CASH | $9,546 | $10,990 | $11,747 | $11,088 | $9,277 | $11,629 |

## Exhibit A