CSD 2062 [09/01/22]
Court Telephone: (619)557-5620
www.casb.uscourts.gov

Name, Address, Telephone No. & I.D. No.
Andy Warshaw
PO Box 704
San Clemente, CA 92674
(949) 345-1455
263880 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
PDT, Inc.

BANKRUPTCY NO.    24-02171-CL11

Debtor.

### TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and standards for approval of a settlement as required by LBR 9019]; or

☒ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or

Fees:    See the attached USTLA-12 forms for insider compenseation of each insider.
Costs:

☒ Other:    Notice of Setting/Increasing Insider Compensation

IF YOU OBJECT TO THE PROPOSED ACTION:

1.    **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case.  Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice.  If the case number is followed by the letters:

- MM - call(619)557-7407 - DEPARTMENT ONE (Room218)
- LT - call(619)557-5157 - DEPARTMENT THREE (Room129)
- CL - call(619)557-6019 - DEPARTMENT FIVE (Room318)

2.    **Within 14**[1] **days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

a.    identify the interest of the opposing party; and

b.    state, with particularity, the factual and legal grounds for the opposition.

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 2062 [09/01/22]

3.  **You  must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

4.
    **If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day₁ period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated:  July 22, 2024                                    /s/ Andy C. Warshaw
                  (Date)                                 Andy Warshaw
                                                         PO Box 704
                                                         San Clemente, CA 92674
                                                         (949) 345-1455
                                                         263880 CA
                                                         [Proposed] Counsel for the debtor in possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

PDT INC

CASE NO: 24-02171-CL11

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 7/22/2024, I did cause a copy of the following documents, described below,

1) Notice of Intended Action and Opportunity for Hearing; 2) Notice of Setting Insider Compensation for Teresa Romine, Tammy Wilkoski, John WIlkoski, and Kimberly Wilkoski

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2024

/s/ Andy C. Warshaw
Andy C. Warshaw  263880

DiMarco Warshaw, APLC
PO Box 704
San Clemente, CA  92674
949 345 1455
andy@dimarcowarshaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

PDT INC

CASE NO: 24-02171-CL11

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 7/22/2024, a copy of the following documents, described below,

1) Notice of Intended Action and Opportunity for Hearing; 2) Notice of Setting Insider Compensation for Teresa Romine, Tammy Wilkoski, John WIlkoski, and Kimberly Wilkoski

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andy C. Warshaw
DiMarco Warshaw, APLC
PO Box 704
San Clemente, CA  92674

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-02171-CL11
SOUTHERN DISTRICT OF CALIFORNIA
MON JUL 22 9-27-21 PST 2024

DEBTOR
PDT INC
PO BOX 2470
VISTA  CA 92085-2470

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~OFFICE OF THE US TRUSTEE~~
~~880 FRONT STREET~~
~~SUITE 3230~~
~~SAN DIEGO  CA 92101-8897~~

EXCLUDE
~~US BANKRUPTCY COURT~~
~~JACOB WEINBERGER US COURTHOUSE~~
~~325 WEST F STREET~~
~~SAN DIEGO  CA 92101-6991~~

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK  NY 10285-3106

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADM
PO BOX 942879
SACRAMENTO  CA 94279-0001

CALIFORNIA DEPT OF TAX AND FEE
ADMINISTRATI
COLLECTION SUPPORT BUREAU  MIC 29
PO BOX 942879
SACRAMENTO  CA 94279-0029

CAN CAPITAL  INC
CO LAW OFFICES OF STUART KATZ
940 SOUTH COAST DR  SUITE 203
COSTA MESA  CA 92626-7757

CAPITAL ONE
1680 CAPITAL ONE DRIVE
MC LEAN  VA 22102-3407

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

DARYL PATTON
32277 VALLEY VIEW AVE
LAKE ELSINORE  CA 92530-4589

DESCANSO BUSINESS CENTER  LLC
122 CIVIC CENTER DR  SUITE 201
VISTA  CA 92084-6055

GREG BRACKLEY
12741 LAUREL ST UNIT 14
LAKESIDE  CA 92040-2133

HAEJI HONG
UNITED STATES TRUSTEES OFFICE
880 FRONT STREET  SUITE 3230
SAN DIEGO  CA 92101-8897

JACOB VERSTSANDIG
ERSHOWSKY VERSTANDIG  PLLC
290 CENTRAL AVE  SUITE 109
LAWRENCE  NY 11559-8507

JOHN AND TAMMY WILKOSKI
625 MARIGOLD
VISTA  CA 92083-3368

JOHN AND TAMMY WILKOSKI
625 MARIGOLD DR
VISTA  CA 92083-3368

LOWES
1000 LOWES BLVD
MOORESVILLE  NC 28117-8520

ON DECK CAPITAL
175 W JACKSON BLVD  SUITE 600
CHICAGO  IL 60604-2948

PRO LEASING  LLC
2470 S SANTE FE
VISTA  CA 92084-8002

PRO LEASING  LLC
PO BOX 2470
VISTA  CA 92085-2470

SEACOAST BANK
PO BOX 9012
STUART  FL 34995-9012

SWIFT FUNDING CALIFORNIA LLC
1019 AVENUE P
BROOKLYN  NY 11223-2364

SWIFT FUNDING CALIFORNIA LLC
2474 MCDONALD AVE
BROOKLYN  NY 11223-5233

TERESA ROMINE
200 S EMERAL DR 38
VISTA  CA 92081-4535

TRI FREEWAY BUSINESS PARTNER
ATTN PETER WANG
425 N WHISMAN ROAD 600
MOUNTAIN VIEW  CA 94043-5733

(P)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~

~~ANDY C WARSHAW~~
~~DIMARCO WARSHAW  APLC~~
~~PO BOX 704~~
~~92674~~
~~SAN CLEMENTE  CA 92674-0704~~

JEAN GODDARD
NGS  LLP
6120 PASEO DEL NORTE
SUITE A-1
CARLSBAD  CA 92011-1118

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101
(United States Trustee)
represented by:
Haeji Hong
DOJ-Ust
880 Front St.
Suite 3230
San Diego, CA 92101

Haeji.Hong@usdoj.gov

(Debtor)
PDT Inc.
PO Box 2470
Vista, CA 92085
Tax ID / EIN: 47-5545596
represented by:
Andy C. Warshaw
DiMarco Warshaw, APLC
PO Box 704
92674
San Clemente, CA 92674

andy@dimarcowarshaw.com

(Trustee)
Jean Goddard
NGS, LLP
6120 Paseo Del Norte
Suite A-1
Carlsbad, CA 92011

jgoddard@ngsllp.com

| Attorney Name, Address, Telephone and FAX | File with U.S. TRUSTEE Only |
|---|---|
| Andy C. Warshaw, CA SBN No. 263880<br>Martha Wariner, CA SBN No. 76132<br>DiMarco Warshaw, APLC<br>PO Box 704<br>San Clemente, CA 92674<br>Direct Phone: (949) 345-1455<br>Email: andy@dimarcowarshaw.com | |

<table>
<tr><td colspan="2" align="center"><strong>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</strong></td></tr>
<tr><td>In re:     PDT Inc.<br><br> Debtor(s) </td><td>Chapter 11 Case Number<br><br>24-02171-CL11</td></tr>
<tr><td><strong>NOTICE OF SETTING/INCREASING INSIDER COMPENSATION</strong></td><td></td></tr>
</table>

| | |
|---|---|
| 1.  Name of Insider: | Teresa Romine |
| 2.  Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | 20% owner |
| 3.  Date when relationship with Debtor commenced: | Since inception |
| 4.  Position title: | Territory Sales Manager |
| 5.  Position Description: | Sales and delivery |
| 6.  Assigned Duties: | Visiting customers, dealerships, body shops, maintaining and building relationships, making deliveries, increasing accounts, and obtaining new customers. |
| 7.  Date employed in current position: | Since inception. |
| 8.  If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | None. |
| 9.  Number of hours worked per week: | 50 hours per week. |
| 10.  Total amount of compensation and payment interval: | Annual base salary of $38,399.92 plus cmosisiosn that are paid on tch second pay period of each month for the previous month's sales; 15% gross profit; 35% gross profit for 90 days on new accounts. |

| | |
|---|---|
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $38,399.92 paid in bi-weekly installments. |
| Perquisites (total, detail below): | |
| Car Allowance: | |
| Medical Insurance: | $872.53 per month. |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | Commissions and bonuses as described in paragraph 10. |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Revenue of the debtor. |
| 13. Date and amount of last increase in compensation: | None. |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Debtor filed a cash collateral motion on June 16, 2024 as ECF No. 7. Debtor entered into a stiplation with the Office of the United States Trustee to provide for administrative claims of the estate on June 20, 2024 as ECF No. 18. The Court entered an order approving the use of cash collateral on June 21, 2024 as ECF No. 24. |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | See the attached, but redacted for personal identifiers, W2 of Tammy Wilkoskifrom PDT Inc. |
| Compensation: | $38,399.92 plus commissions. |
| Loans: | None. |
| Perquisites (Specify): | Medical. |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:

John Wilkoski describing Teresa Romine
_____
Print Name and Title of Authorized Agent for Debtor

*John Willroski*
_____
Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors' Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

W2

# 2023 W-2 and EARNINGS SUMMARY

## W-2 Employee Reference Copy 2023
### Wage and Tax Statement

OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000008   R7/9TF | | | A   4 |

c Employer's name, address, and ZIP code

PDT INC
2470 S SANTA FE AVE
STE B
VISTA, CA 92084

Batch #91020

e/f Employee's name, address, and ZIP code

TERESA L ROMINE
200 S EMERALD DR #38
VISTA, CA 92084

| b Employer's FED ID number | a Em | |
|---|---|---|
| 47-5545596 | | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 43917.91 | 6982.96 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 47736.76 | 2959.68 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 47736.76 | 692.18 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | D   3818.85 |
| 14 Other | 12b |
| 429.63 SDI | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 054-1689 6 | 43917.91 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 1957.07 | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 47,736.76 | 47,736.76 | 47,736.76 | 47,736.76 |
| Less 401(k) (D-Box 12) | 3,818.85 | N/A | N/A | 3,818.85 |
| Reported W-2 Wages | 43,917.91 | 47,736.76 | 47,736.76 | 43,917.91 |

2. Employee Name and Address.

TERESA L ROMINE
200 S EMERALD DR #38
VISTA, CA 92081

2023 ADP, Inc.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 43917.91 | 6982.96 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 47736.76 | 2959.68 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 47736.76 | 692.18 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000008   R7/9TF | | | A   4 |

c Employer's name, address, and ZIP code

PDT INC
2470 S SANTA FE AVE
STE B
VISTA, CA 92084

| b Employer's FED ID number | a E |
|---|---|
| 47-5545596 | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | D   3818.85 |
| 14 Other | 12b |
| 429.63 SDI | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

TERESA L ROMINE
200 S EMERALD DR #38
VISTA, CA 92081

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 054-1689 6 | 43917.91 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 1957.07 | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

### W-2 Federal Filing Copy 2023
Wage and Tax Statement

OMB No. 1545-0008

Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 43917.91 | 6982.96 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 47736.76 | 2959.68 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 47736.76 | 692.18 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000000   R7/9TF | | | A   4 |

c Employer's name, address, and ZIP code

PDT INC
2470 S SANTA FE AVE
STE B
VISTA, CA 92084

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 47-5545596 | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a |
|---|---|
| | D   3818.85 |
| 14 Other | 12b |
| 429.63 CA SDI | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

TERESA L ROMINE
200 S EMERALD DR #38
VISTA, CA 92081

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 054-1689 6 | 43917.91 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 1957.07 | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

### W-2 CA.State Reference Copy 2023
Wage and Tax Statement

OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 43917.91 | 6982.96 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 47736.76 | 2959.68 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 47736.76 | 692.18 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000008   R7/9TF | | | A   4 |

c Employer's name, address, and ZIP code

PDT INC
2470 S SANTA FE AVE
STE B
VISTA, CA 92084

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 47-5545596 | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a |
|---|---|
| | D   3818.85 |
| 14 Other | 12b |
| 429.63 CA SDI | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

TERESA L ROMINE
200 S EMERALD DR #38
VISTA, CA 92081

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 054-1689 6 | 43917.91 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 1957.07 | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

### W-2 CA.State Filing Copy 2023
Wage and Tax Statement

OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

| Attorney Name, Address, Telephone and FAX | File with U.S. TRUSTEE Only |
|---|---|
| Andy C. Warshaw, CA SBN No. 263880<br>Martha Wariner, CA SBN No. 76132<br>DiMarco Warshaw, APLC<br>PO Box 704<br>San Clemente, CA 92674<br>Direct Phone: (949) 345-1455<br>Email: andy@dimarcowarshaw.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:       PDT Inc. | Chapter 11 Case Number |
|---|---|
| Debtor(s) | 24-02171-CL11 |

| **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** | |
|---|---|

| 1. Name of Insider: | Tammy Wilkoski |
|---|---|
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Spouse of majority shareholder, John Wilkoski |
| 3. Date when relationship with Debtor commenced: | Inception |
| 4. Position title: | Administrative Support |
| 5. Position Description: | General office support and assisting in business operations |
| 6. Assigned Duties: | Accounts recievable; accounts payable, payroll, HR, sales tax, managing the Vista retail location |
| 7. Date employed in current position: | Inception |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | None |
| 9. Number of hours worked per week: | 35-40 hours per week |
| 10. Total amount of compensation and payment interval: | Annual salary of $52,000 per year |

| 11. Breakdown of compensation (specify amount and payment interval. | Bi-weekly |
|---|---|
| Salary: | $52,000 |
| Perquisites (total, detail below): | |
| Car Allowance: | |
| Medical Insurance: | $996.24 per month |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Revenue of the debtor |
| 13. Date and amount of last increase in compensation: | None |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Debtor filed a cash collateral motion on June 16, 2024 as ECF No. 7. Debtor entered into a stipulation with the Office of the United States Trustee to provide for administrative claims of the estate on June 20, 2024 as ECF No. 18. The Court entered an order approving the use of cash collateral on June 21, 2024 as ECF No. 24. |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | See the attached, but redacted for personal identifiers, W2 of Tammy Wilkoski from PDT Inc. |
| Compensation: | $52,000 |
| Loans: | None |
| Perquisites (Specify): | Health insurance |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:

John Wilkoski relating to Tammy Wilkoski
_____
Print Name and Title of Authorized Agent for Debtor

*John Willbal*
_____
Signature of Authorized Agent for Debtor

Attach proof of service on Creditors' Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Redacted W2

| Void ☐ | a Employee's social security number | | |
|---|---|---|---|

OMB No. 1545-0008   **9TF**                    000011

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 47-5545596 | 50738.80 | 4269.78 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| PDT INC | 53200.00 | 3298.40 |
| 2470 S SANTA FE AVE | 5 Medicare wages and tips | 6 Medicare tax withheld |
| STE B | 53200.00 | 771.40 |
| VISTA, CA 92084 | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 Verification code | 10 Dependent care benefits |
|---|---|---|
| 000011   R7/9TF | | |

| e Employee's first name and initial   Last name   Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| TAMMY A        WILKOSKI | | D        2461.20 |
| 625 MARIGOLD DR | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| VISTA, CA 92083 | 14 Other | 12c |
| | 532.00  CA SDI | 12d |
| f Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 054-1689 6 | 50738.80 | 1816.26 | | | |

Form **W-2**   **Wage and Tax Statement**   **2018**   Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
Copy D — For Employer

---

| Void ☒ | a Employee's social security number | | |
|---|---|---|---|

OMB No. 1545-0008

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | | |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 Verification code | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial   Last name   Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2**   **Wage and Tax Statement**   **2018**   Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
Copy D — For Employer

Attorney Name, Address, Telephone and FAX

Andy C. Warshaw, CA SBN No. 263880
Martha Wariner, CA SBN No. 76132
DiMarco Warshaw, APLC
PO Box 704
San Clemente, CA 92674
Direct Phone: (949) 345-1455
Email: andy@dimarcowarshaw.com

File with U.S. TRUSTEE Only

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:        PDT Inc.

Debtor(s)

Chapter 11 Case Number

24-02171-CL11

### NOTICE OF SETTING/INCREASING INSIDER COMPENSATION

| | |
|---|---|
| 1. Name of Insider: | Kimberly Wilkoski |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Daughter |
| 3. Date when relationship with Debtor commenced: | 10/27/2017 |
| 4. Position title: | Administrative support |
| 5. Position Description: | General office duties |
| 6. Assigned Duties: | Purchasing inventory; marketing, retail store clerk |
| 7. Date employed in current position: | 10/27/2017 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | None |
| 9. Number of hours worked per week: | 32.50 |
| 10. Total amount of compensation and payment interval: | $25 per hour paid bi-weekly |

| 11. Breakdown of compensation (specify amount and payment interval. | |
|---|---|
| Salary: | Hourly |
| Perquisites (total, detail below): | |
| Car Allowance: | |
| Medical Insurance: | $432.66 per month |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Revenue of the debtor |
| 13. Date and amount of last increase in compensation: | $1.00 per hour on 6/2/2023 |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Debtor filed a cash collateral motion on June 16, 2024 as ECF No. 7. Debtor entered into a stiplation with the Office of the United States Trustee to provide for administrative claims of the estate on June 20, 2024 as ECF No. 18. The Court entered an order approving the use of cash collateral on June 21, 2024 as ECF No. 24. |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | See the attached, but redacted for personal identifiers, W2 of Kimberly Wilkoski from PDT Inc. |
| Compensation: | $25/hour paid bi-weekly |
| Loans: | None |
| Perquisites (Specify): | Medical insurance |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:

John Wilkoski relating to Kimberly Wilkoski
_____
Print Name and Title of Authorized Agent for Debtor

*John Wilkoski*
_____
Signature of Authorized Agent for Debtor

Attach proof of service on Creditors' Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

W2

# 2023 W-2 and EARNINGS SUMMARY

**W-2** Employee Reference Copy
Wage and Tax Statement **2023**
Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000021    R7/9TF | | | 6 |

c  Employer's name, address, and ZIP code
PDT INC
2470 S SANTA FE AVE
STE B
VISTA, CA 92084

Batch #91020

e/f Employee's name, address, and ZIP code
KIMBERLY A WILKOSKI
40140 WARBLER CIR
TEMECULA, CA 92591

| b Employer's FED ID number 47-5545596 | a Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 32619.00 | 2 Federal income tax withheld 2758.40 |
| 3 Social security wages 32619.00 | 4 Social security tax withheld 2022.38 |
| 5 Medicare wages and tips 32619.00 | 6 Medicare tax withheld 472.98 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 293.56 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |
| 15 State CA  Employer's state ID no. 054-1689 6 | 16 State wages, tips, etc. 32619.00 |
| 17 State income tax 578.74 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 33,290.00 | 33,290.00 | 33,290.00 | 33,290.00 |
| Less Other Cafe 125 | 671.00 | 671.00 | 671.00 | 671.00 |
| **Reported W-2 Wages** | **32,619.00** | **32,619.00** | **32,619.00** | **32,619.00** |

2. Employee Name and Address.

KIMBERLY A WILKOSKI
40140 WARBLER CIR
TEMECULA, CA 92591

2023 ADP, Inc.

---

| 1 Wages, tips, other comp. 32619.00 | 2 Federal income tax withheld 2758.40 |
|---|---|
| 3 Social security wages 32619.00 | 4 Social security tax withheld 2022.38 |
| 5 Medicare wages and tips 32619.00 | 6 Medicare tax withheld 472.98 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000021    R7/9TF | | | 6 |

c  Employer's name, address, and ZIP code
PDT INC
2470 S SANTA FE AVE
STE B
VISTA, CA 92084

| b Employer's FED ID number 47-5545596 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 293.56 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
KIMBERLY A WILKOSKI
40140 WARBLER CIR
TEMECULA, CA 92591

| 15 State CA  Employer's state ID no. 054-1689 6 | 16 State wages, tips, etc. 32619.00 |
|---|---|
| 17 State income tax 578.74 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** Federal Filing Copy
Wage and Tax Statement **2023**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 32619.00 | 2 Federal income tax withheld 2758.40 |
|---|---|
| 3 Social security wages 32619.00 | 4 Social security tax withheld 2022.38 |
| 5 Medicare wages and tips 32619.00 | 6 Medicare tax withheld 472.98 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000021    R7/9TF | | | 6 |

c  Employer's name, address, and ZIP code
PDT INC
2470 S SANTA FE AVE
STE B
VISTA, CA 92084

| b Employer's FED ID number 47-5545596 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 293.56 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
KIMBERLY A WILKOSKI
40140 WARBLER CIR
TEMECULA, CA 92591

| 15 State CA  Employer's state ID no. 054-1689 6 | 16 State wages, tips, etc. 32619.00 |
|---|---|
| 17 State income tax 578.74 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** CA.State Reference Copy
Wage and Tax Statement **2023**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 32619.00 | 2 Federal income tax withheld 2758.40 |
|---|---|
| 3 Social security wages 32619.00 | 4 Social security tax withheld 2022.38 |
| 5 Medicare wages and tips 32619.00 | 6 Medicare tax withheld 472.98 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000021    R7/9TF | | | 6 |

c  Employer's name, address, and ZIP code
PDT INC
2470 S SANTA FE AVE
STE B
VISTA, CA 92084

| b Employer's FED ID number 47-5545596 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 293.56 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
KIMBERLY A WILKOSKI
40140 WARBLER CIR
TEMECULA, CA 92591

| 15 State CA  Employer's state ID no. 054-1689 6 | 16 State wages, tips, etc. 32619.00 |
|---|---|
| 17 State income tax 578.74 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** CA.State Filing Copy
Wage and Tax Statement **2023**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

Attorney Name, Address, Telephone and FAX

Andy C. Warshaw, CA SBN No. 263880
Martha Wariner, CA SBN No. 76132
DiMarco Warshaw, APLC
PO Box 704
San Clemente, CA 92674
Direct Phone: (949) 345-1455
Email: andy@dimarcowarshaw.com

File with U.S. TRUSTEE Only

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:        PDT Inc.

Debtor(s)

Chapter 11 Case Number

24-02171-CL11

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1.  Name of Insider: | John Wilkoski |
| 2.  Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | 50% owner |
| 3.  Date when relationship with Debtor commenced: | Since inception |
| 4.  Position title: | President and Director |
| 5.  Position Description: | Head of the company, decision maker |
| 6.  Assigned Duties: | Customer relations, raw materials and packaging, running the Vista retail location |
| 7.  Date employed in current position: | Since inception |
| 8.  If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | None. |
| 9.  Number of hours worked per week: | 50 hours per week |
| 10.  Total amount of compensation and payment interval: | Annual salary of $156,000 paid in bi-weekly installments. |

Revised February 2002                    **INSIDER COMPENSATION (Page 1 of 2)**                    USTLA-12

| 11. Breakdown of compensation (specify amount and payment interval. | |
|---|---|
| Salary: | $156,000 per year |
| Perquisites (total, detail below): | |
| Car Allowance: | |
| Medical Insurance: | $996.24   per month |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | See the atttached payroll summary used as Exhibit 1 in Debtor's First Day Motion for Order Authorizing Payment of Insider Compensation |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Revenue of the debtor |
| 13. Date and amount of last increase in compensation: | None. |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Debtor filed a cash collateral motion on June 16, 2024 as ECF No. 7. Debtor entered into a stipulation with the Office of the United States Trustee to provide for administrative claims of the estate on June 20, 2024 as ECF No. 18. The Court entered an order approving the use of cash collateral on June 21, 2024 as ECF No. 24. |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | See the attached, but redacted for personal identifiers, W2 of John Wilkoski from PDT Inc. |
| Compensation: | $156,000 per year |
| Loans: | $0 |
| Perquisites (Specify): | Health insurance |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:

_John Wilkoski_

Print Name and Title of Authorized Agent for Debtor

_John Wilkoski_ (signature)

Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors' Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Redacted W2

# 2023 W-2 and EARNINGS SUMMARY

## W-2 Wage and Tax Statement — 2023

Employee Reference Copy
Copy C for employee's records
OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000010  R7/9TP | | | A    5 |

c Employer's name, address, and ZIP code

PDT  INC
2470  S  SANTA  FE  AVE
STE  B
VISTA,  CA  92084

Batch  #91020

e/f Employee's name, address, and ZIP code

JOHN  R  WILKOSKI
625 MARIGOLD  DR
VISTA,  CA  92083

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 47-5545596 | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 74100.00 | 9472.99 |
| 3 Social security wages | 4 Social security tax withheld |
| 78000.00 | 4836.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 78000.00 | 1131.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D   3900.00 |
| 14 Other | 12b |
| 702.00 SDI | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay   X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 054-1689 6 | 74100.00 |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 3437.46 | | |
| 19 Local income tax | 20 Locality name | |

This blue section Is your Earnings Summary which provides more detailed Information on the generation of your W-2 statement.  The reverse side Includes Instructions and other general Information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 78,000.00 | 78,000.00 | 78,000.00 | 78,000.00 |
| Less 401(k) (D-Box 12) | 3,900.00 | N/A | N/A | 3,900.00 |
| Reported W-2 Wages | 74,100.00 | 78,000.00 | 78,000.00 | 74,100.00 |

**2. Employee Name and Address.**

JOHN  R  WILKOSKI
625 MARIGOLD  DR
VISTA,  CA  92083

2023 ADP, Inc

---

### W-2 Federal Filing Copy — Wage and Tax Statement — 2023

Copy B to be filed with employee's Federal Income Tax Return.    OMB No. 1545-0008

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 74100.00 | 9472.99 |
| 3 Social security wages | 4 Social security tax withheld |
| 78000.00 | 4836.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 78000.00 | 1131.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000010  R7/9TP | | | A    5 |

c Employer's name, address, and ZIP code

PDT  INC
2470  S  SANTA  FE  AVE
STE  B
VISTA,  CA  92084

| b Employer's FED ID number | a Er |
|---|---|
| 47-5545596 | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D   3900.00 |
| 14 Other | 12b |
| 702.00 SDI | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay   X |

e/f Employee's name, address and ZIP code

JOHN  R  WILKOSKI
625 MARIGOLD  DR
VISTA,  CA  92083

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 054-1689 6 | 74100.00 |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 3437.46 | | |
| 19 Local income tax | 20 Locality name | |

---

### W-2 CA.State Reference Copy — Wage and Tax Statement — 2023

Copy 2 to be filed with employee's State Income Tax Return.    OMB No. 1545-0008

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 74100.00 | 9472.99 |
| 3 Social security wages | 4 Social security tax withheld |
| 78000.00 | 4836.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 78000.00 | 1131.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000010  R7/9TP | | | A    5 |

c Employer's name, address, and ZIP code

PDT  INC
2470  S  SANTA  FE  AVE
STE  B
VISTA,  CA  92084

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 47-5545596 | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  D   3900.00 |
| 14 Other | 12b |
| 702.00 CA SDI | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay   X |

e/f Employee's name, address and ZIP code

JOHN  R  WILKOSKI
625 MARIGOLD  DR
VISTA,  CA  92083

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 054-1689 6 | 74100.00 |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 3437.46 | | |
| 19 Local income tax | 20 Locality name | |

---

### W-2 CA.State Filing Copy — Wage and Tax Statement — 2023

Copy 2 to be filed with employee's State Income Tax Return.    OMB No. 1545-0008

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 74100.00 | 9472.99 |
| 3 Social security wages | 4 Social security tax withheld |
| 78000.00 | 4836.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 78000.00 | 1131.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000010  R7/9TP | | | A    5 |

c Employer's name, address, and ZIP code

PDT  INC
2470  S  SANTA  FE  AVE
STE  B
VISTA,  CA  92084

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 47-5545596 | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  D   3900.00 |
| 14 Other | 12b |
| 702.00 CA SDI | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay   X |

e/f Employee's name, address and ZIP code

JOHN  R  WILKOSKI
625 MARIGOLD  DR
VISTA,  CA  92083

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 054-1689 6 | 74100.00 |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 3437.46 | | |
| 19 Local income tax | 20 Locality name | |