`CSD 1100` [12/01/23] Page 1 of 3

Name, Address, Telephone No. & I.D. No.

Andy Warshaw
PO Box 704
San Clemente, CA 92674
(949) 345-1455
263880 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
PDT Inc.

BANKRUPTCY NO. 3:24-bk-2171-CL11

Debtor.

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- ☐ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☐ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt -$32.00 fee required. See instructions on reverse side
  - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☒ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- ☐ Schedule H: Your Co-Debtor (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J: Your Expenses (Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☒ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2)(Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Other:

Dated: July 25, 2024

Signature  /s/ Andy Warshaw
Attorney for Debtor

CSD 1100 [12/01/23] Page 2 of 3

## DECLARATION OF DEBTOR

I __John Wilkoski__ and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: June 28, 2024                   /s/ John Wilkoski
                                        *Debtor                                            *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __07/24/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☒ For Chpt. 7, 11, & 12 cases:                    ☐ For Chapter 13 cases assigned to:
UNITED STATES TRUSTEE                               MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                             mkoch@ch13.sdcoxmail.com

Jean Goddard    jgoddard@ngsllp.com, CJG11@trustesolutions.net
Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov ,tiffany.l.carroll@usdoj.gov
United States Trustee    ustp.region15@usdoj.gov
Andy C. Warshaw    andy@dimarcowarshaw.com, ecf@bwlawcenter.com;warshaw.andyb110606@notify.bestcase.com

`CSD 1100 [12/01/23] Page 3 of 3`

2.     **Served by United States Mail:**

        On \_\_\_-\_\_\_\_, I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.     **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

        Under Fed.R.Civ.P.5 and controlling LBR, on \_\_\_-\_\_\_\_, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

        I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   July 25, 2024                            /s/ Andy Warshaw
                          (Date)

Andy Warshaw
DiMarco Warshaw, APLC
PO Box 704
San Clemente, CA 92674
Address

**Fill in this information to identify the case:**

Debtor name: __PDT Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION__

Case number (if known): __3:24-bk-2171__

☒ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 2470 S. Sante Fe Avenue, Unit A, Vista, CA 92084 | |
| | State the term remaining | Through January 31, 2025 | Descanso Business Center, LLC<br>122 Civic Center Dr.<br>Suite 201<br>Vista, CA 92084 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 2470 S. Sante Fe Ave, Unit ,B<br>Vista, CA | |
| | State the term remaining | Expired, operating month to month | Descanso Business Center, LLC<br>122 Civic Center Dr.<br>Suite 201<br>Vista, CA 92084 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | 2017 Chevrolet Silverado 2500<br>Monthly payment: $300 | Corrected |
| | State the term remaining | through July 4, 2027 | Pro Leasing, LLC<br>2470 S. Sante Fe<br>Vista, CA 92084 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 2017 Chevrolet Silverado 1500<br>Monthly payment: $300 | Corrected |
| | State the term remaining | Through July 2027 | Pro Leasing, LLC<br>2470 S. Sante Fe<br>Vista, CA 92084 |
| | List the contract number of any government contract | | |

| Debtor 1 | PDT Inc. | | | Case number (if known) | 3:24-bk-2171 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 2020 Isuzu NRR Monthly payment: $1,200 per month | Corrected |
| | State the term remaining | through November 4, 2029 | Pro Leasing, LLC 2470 S. Sante Fe Vista, CA 92084 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | 2020 Izuzu NRR Monthly payment: $1,200 per month | Corrected |
| | State the term remaining | Through May 18, 2033 | Pro Leasing, LLC 2470 S. Sante Fe Vista, CA 92084 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Revenue Purchase Agreement | |
| | State the term remaining | | Swift Funding California LLC 1019 Avenue P. Brooklyn, NY 11223 |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Tri-Freeway Business Park for facility in Anaheim | |
| | State the term remaining | April 2022 - March 2027 | Tri Freeway Business Partner Attn: Peter Wang 425 N. Whisman Road #600 Mountain View, CA 94043 |
| | List the contract number of any government contract | - | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PDT Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION |
| Case number (if known) | 3:24-bk-2171 |

☒ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $583,506.00 |
   | For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $1,381,091.00 |
   | For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $1,628,003.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  PDT Inc.  Case number (if known) 3:24-bk-2171

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Can Capital, Inc.<br>c/o Stuart A. Katz<br>940 South Coast Dr., Suite 203<br>Costa Mesa, CA 92626 | April 26, 2024 installment of $6,666.67. | $6,666.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Stipulated judgment / settlement |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Can Capital, Inc. vs. PDT, Inc.<br>37-2023-00024320-CU-CO-NC | Collections | Superior Court, County of San Diego | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | PDT Inc. | Case number *(if known)* | 3:24-bk-2171 |
|---|---|---|---|

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Swift Funding California LLC<br>1019 Avenue P<br>Brooklyn, NY 11223 | Interception of accounts receivable | Unknown |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Elavon<br>c/o Timothy Frost<br>7300 Chapman Hwy<br>Knoxville, TN 37920 | Credit card processing company with demand by Swift Funding California LLC to intercept funds.  Funds withheld prepetition and owed to Debtor | Unknown |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor  PDT Inc.                                                        Case number (if known) 3:24-bk-2171

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | DiMarco Warshaw, APLC<br>PO Box 704<br>San Clemente, CA 92674 | Legal fees for Subchapter V. | On or about May 21, 2024 | $25,000.00 |
| | **Email or website address**<br>DiMarcoWarshaw.com | | | |
| | **Who made the payment, if not debtor?**<br>The retainer was paid by Debtor's principal, John Wilkoski, from a retirement account. | | | |
| 11.2. | DiMarco Warshaw, APLC<br>PO Box 704<br>San Clemente, CA 92674 | Mr. Wilkoski is expected to retain separate counsel for any additional advice for his personal financials relating to bankruptcy. | John Wilkoski paid $2,500 on or about May 1, 2024 and $1,190 on or about May 20, 2024 as part of an engagement to analyze the financials of John Wilkoski, as a principal of Debtor, and this Debtor, for bankruptcy purposes. | $3,690.00 |
| | **Email or website address**<br>DiMarcoWarshaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Debtor | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **4**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | PDT Inc. | Case number (if known) | 3:24-bk-2171 |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Debtor has no data on the buyer | 2 ? 2010 Isuzu NRR trucks.   Cash sale $3500 each.   No paperwork except the title transfer. | Estimated sale in February of 2024 | $7,000.00 |
| | **Relationship to debtor** Bona fide purchaser for value | | | |

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | U.S. Bank 1301 E. Vista Way Vista, CA 92084 | XXXX-2356 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | May 1, 2024 | $13,967.78 |

Debtor **PDT Inc.**      Case number (if known) **3:24-bk-2171**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | U.S. Bank<br>1301 E Vista Way<br>Vista, CA 92084 | XXXX-1421 | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | May 1, 2024 | $307.06 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Debtor | PDT Inc. | Case number (if known) | 3:24-bk-2171 |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Janet L. McClean, CPA<br>PO Box 131358<br>Carlsbad, CA 92011 | 2019-2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

CORRECTED

| Debtor | PDT Inc. | Case number (if known) | 3:24-bk-2171 |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Wilkoski | 625 Marigold Drive<br>Vista, CA 92083 | President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daryl Patton | 32277 Valley View Avenue<br>Lake Elsinore, CA 92530 | Director and Retired Territory Sales Manager | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Teresa Romine | 200 S. Emerald Drive #38<br>Vista, CA 92081 | Director and Territory Sales Manager | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pedro Estrada | 1339 N. Frederic Street<br>Burbank, CA 91505 | Territory Sales Manager | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greg Brackley | 12741 Laurel Street, #14<br>Lakeside, CA 92040 | Service Technician | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tammy Wilkoski | 625 Marigold Drive<br>Vista, CA 92083 | Chief Financial Officer and Secretary | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | John Wilkoski<br>625 Marigold Drive<br>Vista, CA 92083 | $150,000 | 2023 | Labor |
| | **Relationship to debtor**<br>President | | | |
| 30.2. | Teresa Romine<br>200 S. Emerald Drive #38<br>Vista, CA 92081 | $47,717 | 2023 | Labor |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 8
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  PDT Inc.                                      Case number (if known) 3:24-bk-2171

☒ No
☐ Yes. Identify below.

Name of the parent corporation                        Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

Name of the pension fund                              Employer Identification number of the pension fund

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     July 25, 2024

/s/  John Wilkoski                                    John Wilkoski
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes